**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6384**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KARIM FARUQ, a/k/a Charles Williams,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
91-217-CCB)

_____

Submitted:  May 31, 2001                 Decided:  June 11, 2001

_____

Before WILKINS, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Karim Faruq, Appellant Pro Se.  Philip S. Jackson, Assistant United
States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Karim Faruq appeals the district court's order denying his motion for the return of property, and a subsequent order denying his motion for reconsideration of the denial. We have reviewed the record and the district court's order denying the motion for reasons stated by the Government in its response, and find no reversible error. Accordingly, we affirm both orders on the reasoning of the district court. See United States v. Faruq, No. CA-91-217-CCB (D. Md. filed Jan. 17, 2001, entered Jan. 18, 2001; Feb. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2